143 So. 908

### Lee BUFFALOW v. STATE.
### 4 Div. 671.

Supreme Court of Alabama.
Oct. 6, 1932.

Rehearing Denied Nov. 3, 1932.

Mulkey & Mulkey and E. C. Boswell, all of Geneva, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Lee Buffalow for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Buffalow v. State, 143 So. 907.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.